ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph.  (510) 548-7300
Fax: (510) 540-4821

Attorney for Plaintiff
Chris Horgan

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CHRIS HORGAN, an individual,

Plaintiff,

v.

MAURICIO IRAGORRI, an individual; and
BEATROPOLIS MUSIC, LLC, a California
Limited Liability Company,

Defendants.

CASE No. CV13-06099-DSF (JCGx)

COMPLAINT FOR

1. **FALSE DESIGNATION OF
   ORIGIN (15 U.S.C. § 1125(a))**
2. **CANCELLATION OF U.S.
   TRADEMARK
   REGISTRATION NO. 4,230,250
   FOR FRAUD ON THE
   TRADEMARK OFFICE AND
   FOR DAMAGES (15 U.S.C. §§
   1119 and 1120**
3. **CALIFORNIA COMMON
   LAW TRADEMARK
   INFRINGEMENT (Cal. Bus. &
   Prof. Code § 14200 et seq.)**
4. **UNFAIR COMPETITION AND
   UNFAIR BUSINESS
   PRACTICES (Cal. Bus. & Prof.
   Code § 17200 et seq.)**

DEMAND FOR JURY TRIAL

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 1

1    Plaintiff Chris Horgan, an individual doing business as "Beatropolis" ("Plaintiff") for his

2  Complaint against Defendants listed above, hereby complains and alleges as follows:

3                              **I. PARTIES TO THE ACTION**

4       1.     Plaintiff Chris Horgan is an individual residing and doing business within the

5  State of California

6       2.     Defendant Mauricio Iragorri is an individual residing and doing business within

7  the State of California.

8       3     Beatropolis Music, LLC is a limited liability company organized and existing

9  under the laws of California with its headquarters located in Woodland Hills, California.  On

10 information and belief, Plaintiff alleges that Beatropolis Music is an entity owned and operated

11 solely by Defendant Iragorri.

12                          **II. JURISDICTION AND VENUE**

13      4.     This Court has Federal subject matter jurisdiction for this claim under the

14 provisions of the Lanham Act, Act of July 5, 1946, 60 Stat. 427, U.S.C. and Title 15, §§ 1051-

15 1127.

16 5.     This is a civil action seeking damages and injunctive relief for false designation of origin

17 under the Lanham Act pursuant to 15 U.S.C. § 1125, Cancellation of U.S. Trademark No.

18 4,230,250 and damages under 15 U.S.C. §§ 1119 and 1120, California common law trademark

19 infringement under California Business & Professions Code § 14200 *et seq.*, and unfair

20 competition and unfair business practices under California Business & Professions Code § 17200

21 *et seq.*

22      6.     This Court has jurisdiction of the subject matter of this claim under the provisions

23 of 15 U.S.C. §§ 1121, 1125 and 28 U.S.C. § 1331, because the action arises under the laws of the

24 United States, specifically the above-cited Lanham Act.  This Court has supplemental

25 jurisdiction pursuant to 28 U.S.C. § 1367(a) and 1338(a)(b).

7.    This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Plaintiff and his intellectual property within the State of California and in this judicial district.

8.    Venue is properly laid in the District Court for the Northern District of California pursuant to 28 U.S.C. § 1391(b) and § 1391(c).

## III. FACTUAL ALLEGATIONS

9.    Plaintiff Chris Horgan is a songwriter, composer and performer who since 2005 has continually recorded marketed, distributed and sold audio recordings featuring original music in the form of compact discs, downloadable MP3 files and streaming audio and video under the trademark BEATROPOLIS, including but not limited to the 2005 record album *Drop*, the 2008 record album *A Life in Color*, the 2008 extended play ("EP") release *The Inside Job*, and the 2010 record album *Beatro*.

10.   Based on his continual use of the BEATROPOLIS mark since 2005, Horgan is the exclusive owner of rights to the mark for use on phonorecords (as defined in 17 U.S.C. § 101) and music videos.

11.   On or about October 7, 2008, Defendant Iragorri submitted an application with the United States Patent and Trademark Office ("USPTO") to register Horgan's BEATROPOLIS mark on an *intent to use* basis under International Class 09 for the following goods:

> Audio recordings featuring original music; Digital music downloadable from the Internet; Downloadable MP3 files. MP3 recordings, on-line discussion boards, webcasts and podcasts featuring music, audio books and news broadcasts. Downloadable musical sound recordings; Downloadable original music via the internet and wireless devices; Musical sound recordings; Sound recordings featuring original music.

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 3

12.     On or about August 22, 2012 Defendant Iragorri submitted a Statement of Use with the USPTO alleging first use "anywhere" of the BEATROPOLIS mark with respect to each of the above goods on "08/02/2012," and "first use in commerce" with respect those goods on "08/02/2012."

13.     On or about October 23, 2012, the USPTO issued Trademark Registration No. 4,230,250 to Iragorri based on his use of the BEATROPLIS mark commencing on August 2, 2012.

14.     In early October 2012 Horgan retained legal counsel to address Defendant Iragorri's pending registration of the BEATROPOLIS mark.  On or about October 24, 2012, Horgan, through his attorney, wrote Iragorri and his trademark counsel demanding the immediate discontinuance of any use of the BEATROPOLIS mark based on Hogan's pre-existing common law rights, and the immediate withdrawal of Iragorri's application with the USPTO.  A true and correct copy of Horgan's October 24, 2012 letter is attached hereto as **Exhibit A**, and incorporated herein by this reference.

15.     By letter dated November 4, 2012, Iragorri's trademark counsel responded by demanding instead that Plaintiff cease all use of his BEATROPOLIS mark based on Iragorri's recent registration of that mark pursuant to Registration No. 4,230,250.  A true and correct copy of Iragorri's November 4, 2012 letter is attached hereto as **Exhibit B**, and incorporated herein by this reference.

16.     On November 26, 2012, Plaintiff's counsel responded that Iragorri's Registration No. 4,230,250 appeared to have been procured through fraudulent representations in his Statement of Use.  In that letter Plaintiff's counsel further reiterated his demand that Iragorri cancel Registration No. 4,230,250 and immediately cease and desist from all uses of Horgan's BEATROPOLIS mark.  A true and correct copy of Plaintiff's counsel's letter dated November 26, 2012 is attached hereto as **Exhibit C**, and incorporated herein by this reference.

17.     Despite Plaintiff's demands, Defendants continues to use the BEATROPOLIS mark to market, distribute and sell MP3 recordings of music in willful violation of Plaintiff's rights.  At no time has Plaintiff authorized the use of the BEATROPOLIS mark by Defendants, nor have Defendants offered to compensate Plaintiff for their unauthorized use of his trademark.

### FIRST CAUSE OF ACTION

### False Designation of Origin – Lanham Act, 15 U.S.C. § 1125(a)

### All Defendants

18.     Plaintiff repeats and realizes each of the allegations set forth in Paragraphs 1 through 17 inclusive, and by this reference incorporate the same as though fully set forth herein.

19.     Since at least 2005, Horgan began using the BEATROPOLIS mark in connection with phonorecords, music videos and related goods featuring a "heady mix of dope beats, edgy hooks, and delicious vocals drives a concoction of drum-n-bass, down tempo, and hip hop," and Plaintiff has consistently used BEATROPOLIS on goods and services through the present date. Consumers recognize and associate the BEATROPOLIS trademark as originating from Plaintiff, and Plaintiff has established significant common law trademark rights in connection with his BEATROPOLIS mark.

20.     By virtue of his longstanding use of the BEATROPOLIS mark, Plaintiff has developed a reputation for quality and goodwill associated with his brand.  He has invested considerable time, effort and expense with respect to the ration, advertising and promotion of BEATROPOLIS phonorecords and music videos.

21.     Plaintiff's use and rights in and to the BEATROPOLIS mark significantly predates any use or rights to the confusingly identical mark used by Defendants.

22.     Defendants, through their use of the identical BEATROPOLIS mark as described above, are engaged in trademark infringement and unfair competition in violation of Section 43(s) of the Lanham Act, 15 U.S.C. § 1125(a).

23.     Defendants, having actual and constructive notice of Plaintiff's rights, continue to infringe by using a confusingly identical mark in commerce in a manner that is likely to cause confusion in that consumers may wrongly believe that Defendants are associated or affiliated with, or sponsored or endorsed by. Plaintiff.

24.     Defendants' conduct, after actual and constructive notice of Plaintiff's rights. is knowing and willful.

25.     As a proximate result of Defendant's acts. Plaintiff has suffered, and will continue to suffer damage to his reputation and goodwill, injury to his current and potential customer base, as well as a loss of revenue in an amount as yet to be determined.

26.     Plaintiff is entitled to recover Defendants' profits arising from the infringing use of his BEATROPOLIS trademark. as well as damages, all of which may be trebled due to Defendants' willful infringement.

27.     Defendants' intentional and willful infringement has caused, and will continue to cause irreparable harm to Plaintiff for which Plaintiff has no adequate remedy at law.  Therefore. Plaintiff is entitled to injunctive relief to permanently prevent Defendants from use of his BEATROPOLIS mark.

## SECOND CAUSE OF ACTION

### Cancellation of U.S. Reg. No. 4,230,250 for Fraud on the Trademark Office and for Damages – 15 U.S.C. § 1119 and 1120

### (Defendant Iragorri only)

28.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 27 inclusive, and by this reference incorporate the same as though fully set forth herein.

29.     Plaintiff is the owner of common law rights in and to the BEATROPOLIS mark based on his continuous use of the mark in connection with audio recordings and related goods since 2005.

30.     U.S. Reg. No. 4,230,250 should be cancelled for having been procured by fraud by Iragorri.

31.     At the time Defendant Iragorri submitted Registration No. 4,230,250 to the USPTO he knew that Plaintiff was using the BEATROPOLIS mark "in an identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive." Iragorri nevertheless represented to the USPTO, under oath, that there was "no [such] other person, firm, corporation or association," which allegation was false, was known by Iragorri to have been false when made, and which was made so as to obtain a trademark registration from the USPTO for the BEATROPOLIS word mark.

32.     Defendant Iragorri committed additional fraud upon the Trademark Office by filing a Statement of Use, under oath, with the USPTO that he was "using the mark in commerce or in connection with [each of] the goods/services identified above," which allegation was false, was known by Iragorri to have been false when made, and which was made so as to obtain a trademark registration from the USPTO for the BEATROPOLIS word mark.

33.     Plaintiff has been injured by the issuance of U.S. Reg. No. 4,230,250 to Iragorri, and, pursuant to 15 U.S.C. § 1119 the Court should declare invalid and cancel the Iragorri registration, pursuant to 28 U.S.C. § 2201 and 2202 and 15 U.S.C. §§1119 and 1064(3), with damages assessed against Defendant Iragorri and in favor of Plaintiff pursuant to 15 U.S.C. §1120.

**THIRD CAUSE OF ACTION**

**California Common Law Trademark Infringement**

**– California Bus. & Prof. § 14200 et seq.)**

**All Defendants**

34.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 33 inclusive, and by this reference incorporate the same as though fully set forth herein.

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 7

35.     Since at least 2005 Horgan has developed substantial California common law rights in and to the BEATROPOLIS mark.

36.     By their acts, Defendants have infringed Plaintiff's trademark by using an identical mark in commerce in the state of California in a way that is likely to cause confusion as to Plaintiff's association, affiliation, sponsorship or endorsement of Defendants and their products.

37.     As a direct and proximate result of Defendants' California state common law infringement, Plaintiff has suffered and will continue to suffer loss of income, profits and goodwill, and Defendants have and will continue to be unjustly enriched by acquiring income, profits and goodwill to which they are not entitled.

38.     Unless restrained, Defendants will continue the acts and conduct set forth in this cause of action, to Horgan's great and irreparable harm, for which damages will not afford adequate relief.  Horgan is therefore entitled to an injunction ordering Defendants to cease and desist their infringing conduct.

39.     Because Defendants willfully committed their wrongful acts following actual and constructive notice of Horgan's rights, their conduct justifies an award of exemplary damages.

### FOURTH CAUSE OF ACTION

**Unfair Business Practices – California Bus. & Prof. Code § 17200 et seq.**

**All Defendants**

40.     Plaintiff repeats and realleges each of the allegations set forth in Paragraphs 1 through 39 inclusive, and by this reference incorporate the same as though fully set forth herein.

41.     Defendants' producing, marketing, selling and offering for sale products bearing the BEATROPOLIS mark constitutes unlawful, unfair and/or fraudulent business acts or practices within the meaning of California Business and Professions Code Section 17200, in that they (a) infringe upon Plaintiff's rights in the BEATROPOLIS mark by using a confusingly identical mark on their products in a manner that is likely to cause confusion to the general

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 8

1  public as to the source of Defendants' products; (b) are a form of "passing off": and (c) create

2  reverse confusion to capitalize on Plaintiff's reputation for quality and goodwill associated with

3  his BEATROPOLIS mark and brand.

4     42.    Plaintiff has suffered injury arising from Defendants' unfair competition in the

5  form of damage to his goodwill, lost sales and other actual damages.

6     43.    The harm to Horgan and to members of the general public outweighs the utility of

7  Defendants' business practices.

8     44.    The unlawful, unfair and fraudulent business practices of Defendants, as

9  described in the Complaint, present a continuing threat to members of the public in that they are

10  likely to cause confusion as to the source of Defendants' products in that the general public is

11  likely to believe that Defendants' products originate from, or are affiliated or associated with

12  Plaintiff, or are otherwise sponsored or endorsed by Plaintiff.

13     45.    As a direct and proximate result of Defendants' wrongful acts as alleged herein,

14  Defendants obtained unlawful profits to the detriment of Plaintiff.

15     46.    Unless restrained, Defendants will continue the acts and conduct set forth in this

16  Complaint, to Plaintiff's irreparable harm, for which damages will not afford adequate relief.

17  Plaintiff is therefore entitled to an injunction prohibiting Defendants' wrongful acts.

18     47.    Because Defendants committed their wrongful acts willfully, intending to gain

19  business and a share of the market at the expense of Plaintiff's profits and mark share while

20  creating customer confusing regarding the source of goods bearing the BEATROPOLIS mark,

21  their conduct justifies an award of exemplary damages.

## PRAYER FOR RELIEF

22  **WHEREFORE**, Plaintiff prays judgment against each of the Defendants identified

23  above for all of the causes of action, as follows:

24     1.    For an order requiring Defendants to show cause why they should not be enjoined

25  as set forth below, during the pendency of this action;

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 9

2.     For a temporary restraining order, preliminary injunction and a permanent injunction enjoining Defendants and their agents, servants and employees, and all persons acting in concert with them, from:

(a)     Using the trademark BEATROPOLIS, or any colorable imitation thereof, in the United States and elsewhere. in connection with phonorecords, music videos or any other services in the nature of a musical group:

(b)     Otherwise infringing Plaintiff's trademark;

(c)     Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of Defendants' goods and services;

3.     For an order directing Defendants to file with this Court and serve on Plaintiff within 30 days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

4.     For an order requiring Defendants to deliver up and destroy all compact discs. phonorecords, artwork, posters, literature, advertising and other materials containing the infringing designation;

5.     For cancellation of U.S. Trademark Registration No. 4,230,250 for the BEATROPOLIS trademark;

6.     For actual, general and compensatory damages of no less than $25,000 or otherwise in an amount according to proof, including but not limited to, all of Defendants' profits derived from their infringement of Plaintiff's trademark;

7.     For punitive or exemplary damages, including but not limited to, treble damages as a result of Defendants' willful infringement;

8.     For Plaintiff's reasonable attorney fees and costs of suit;

9.     For pre-judgment interest on all amounts claimed as permitted by law; and

10.    For such other relief as the Court may deem appropriate under the circumstances.

COMPLAINT AND DEMAND FOR JURY TRIAL– PAGE 10

**JURY DEMAND**

Plaintiff respectfully demands a jury trial of all issues in this case.

Dated: August 16, 2013

LAW OFFICE OF ALAN KORN

By:

ALAN KORN
Attorneys for Plaintiff
Chris Horgan

ALAN KORN ATTORNEY AT LAW

October 24. 2012

Mauricio Iragorri
5385 Tendilla Avenue
Woodland Hills. CA  91364

### Re: Infringement of Trademark (BEATROPOLIS, U.S. Registration No. 4230250)

Dear Mr. Iragorri

    I am writing on behalf of Chris Horgan, owner of the common law trademark BEATROPOLIS, which has been used in connection with the promotion, distribution and sale of compact discs, MP3s. audio and video recordings throughout California and the United States since at least 2005.  Because your recent use and registration of my client's BEATROPOLIS mark pursuant to USPTO Registration No. 4230250 dated October 23. 2012 infringes upon my client's pre-existing common law rights under state and federal law, this letter is to provide you with an opportunity to voluntarily cancel the above registration prior to my client's commencement of a Cancellation Proceeding before the U.S. Patent and Trademark Office.

    The facts are as follows:  Your registration of the mark BEATROPOLIS under International Class 09 for audio recordings of original music has recently come to our attention.  My client has long used the BEATROPOLIS mark, from a date well prior to your initial August 2. 2012 use in commerce. for audio and visual recordings of original music, including compact discs, downloadable MP3 files, music videos. webcasts and podcasts.  Had you conducted a cursory internet search for the word "Beatropolis" prior to submitting your application with the USPTO. you would have immediately encountered my client's MySpace page promoting his BEATROPLIS audio releases, including the 2005 album *Drop*. the 2008 album *A Life in Color*. the 2008 EP *The Inside Job*, the 2010 album *Beatro* and other commercially available audio and video recordings (*See* http://www.myspace.com/beatropolis).  Moreover, a basic internet search would have also immediately turned up my client's Facebook page which has been used since 2008 to promote his BEATROPOLIS audio and visual recordings (*See* https://www.facebook.com/pages/Beatropolis/53685139856). as well as copies of my client's compact discs and MP3s offered for sale on a variety of internet platforms,  including (but not limited to) Amazon.com, CD Universe. Tower Records. iTunes and others.

    Given the above. your use of the mark is likely to induce confusion, or mistake or deception in those familiar with my client's mark, particularly as the offering for sale and distribution of sound recordings bearing my client's BEATROPOLIS mark clearly suggests that they are sourced from or affiliated with my client's well-known brand.  Accordingly, this is to demand that you immediately cease and desist from advertising. promoting, selling. offering for sale, distributing, marketing and/or manufacturing sound recordings, MP3s. compact discs and other goods that infringe on my client's intellectual property rights in the mark BEATROPOLIS, and that you immediately cease and desist from using my client's mark via your website www.beatropolis.com in connection with the above unauthorized uses.

    Given the urgency of this matter. we ask that you confirm that you have discontinued manufacturing. distribution, shipment, sale and offering for sale, advertising. display or promotion of MP3s. compact discs and other goods that make unauthorized use of my client's BEATROPOLIS



Mauricio Iragorri
October 24, 2012
Page 2

trademark, along with confirmation that you have destroyed all inventory of the infringing goods in your possession. In addition, we ask that you confirm that you will immediately cancel your recent registration of my client's pre-existing mark pursuant to Registration No. 4230250 dated October 23, 2012.

I look forward to your prompt response and to resolution of this serious matter. Please provide us with responses to the requests set forth above by no later than November 2, 2012.

Thank you for your anticipated cooperation. Nothing contained herein constitutes a waiver of my client's rights or remedies at law or equity, all of which are hereby reserved.

Very truly yours,

ALAN KORN

Enclosures

cc: Bruce T. Marguiles, Esq.

EXHIBIT A-2

Trademark Electronic Search System (TESS)                    http://tess2.uspto.go....n/showfield?f=doc&state=4002:z2emqa.2.1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 24 05:20:46 EDT 2012*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:        OR   Jump   to record:          **Record 1 out of 2**

---

**TSDR**    **ASSIGN Status**    **TTAB Status**   *( Use the "Back" button of the Internet Browser to return to TESS)*

# beatropolis

| | |
|---|---|
| **Word Mark** | **BEATROPOLIS** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Audio recordings featuring original music; Digital music downloadable from the Internet; Downloadable MP3 files, MP3 recordings, on-line discussion boards, webcasts and podcasts featuring music, audio books and news broadcasts; Downloadable musical sound recordings; Downloadable original music via the internet and wireless devices; Musical sound recordings; Sound recordings featuring original music. FIRST USE: 20120802. FIRST USE IN COMMERCE: 20120802 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77586838 |
| **Filing Date** | October 7, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 3, 2009 |

10/24/12 11:56 AM

EXHIBIT A-3

xTrademark Electronic Search System (TESS)                    http://tess2.uspto.gov/. ..showfield?f=doc&state=4002:z2emqa.2.1

| Registration Number | 4230250 |
| --- | --- |
| Registration Date | October 23, 2012 |
| Owner | (REGISTRANT) Iragorri, Mauricio DBA Beatropolis INDIVIDUAL UNITED STATES 5385 Tendilla Ave Woodland Hills CALIFORNIA 91364 |
| Attorney of Record | Bruce T. Margulies |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   Browse Dict   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

.....   .. ....   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

10/24/12 11:56 AM

EXHIBIT A-4



cd Universe

My Downloads    Checkout

MUSIC   MOVIES   GAMES

Search   Artist

leading Customer? Sign In

Browse

- Alternative
- Blues
- Box Sets
- Christian
- Classical
- Country
- Dance
- Heavy Metal
- International
- Jazz
- Latin
- Live Performance
- Oldies
- R&B
- Rap/Hip Hop
- Rock/Pop
- Soundtrack

Music Features & More
- Vinyl Records
- Accessories
- Audiobooks
- Biographies
- DVD Audio
- Enhanced CD
- Super Audio CD
- Calendars
- Cusfoms & T-Shirts
- Bargain Bin
- Top Music Charts
- Best Requested Lyrics

Browse Movies
- Action/Adventure
- Comedy
- Drama
- Horror
- TV on DVD
- Music Videos

Browse Games
- PlayStation 3
- Nintendo Wii
- Xbox 360
- Nintendo DS
- Sony PSP
- PC Games
- Accessories

# Beatropolis Discography of CDs

Quality



Voice Inside (2009)
$1.87  BUY IT  DETAILS

Inside Job [Single] (2009)
$2.89  BUY IT  DETAILS

Beatsy (2010)
$10.89  BUY IT  DETAILS
Track Listing of Songs: Good Vibes, Never Aphasia, Crushin', For The City,

Life In Color (2008)
$6.39  BUY IT  DETAILS
Track Listing of Songs: Crayons, What Used To Be; Fresh Tour; Limerace; Autumn Breeze; Robots, Heavy;

Drop (2005)
$9.99  BUY IT  DETAILS
Track Listing of Songs: Intro; Cowboy Song; Mysterious Off The Cuff, Inch, Walk With Me, Lemon, On The Moon, 4 Am, Robborapnty.

Ads by Google (turn off ads)

Discover classic songs
...
www.google.com/music

Make Your Own Karaoke CDs
...

Not who you're looking for?

Viewing
Albums    Show 5000

Current Top Sellers   More »

1  Cold Feet
2  Night Train
3  Sixteen Candles
4  Tongues
5  Burn So Slow, No Day

• All Time Top Sellers

New Releases   More »

This Week
1  Red
2  Person of Interest
3  Time, Vol. 1
4  House of Gold And Bones, Vol. 1
5  Blak and Blu

Next Week
1  Date Forever
2  Soundboard
3  Circle Jerks: My Career As a Jerk
4  No Tragic
5  Merry Christmas, Baby

Top Future Releases:
1  Music from Another Dimension!
2  Complete Columbia Albums Collection
3  Attention: black Comedy ...
4  history: Rock Music
5  Deluxe Top List

www.tower.com | Google Maps | YouTube | Wikipedia | Apple | Suggested Sites | Apple | Amazon | eBay | Yahoo! | Suggested Sites

# TOWER RECORDS

**HOME**   MUSIC   **VIDEO**   BOOKS   **GAMES**   DOWNLOADS

SEARCH

Music

Advanced Search · Browse Styles · Top 100 Sellers · New & Upcoming Releases · Gift Ideas

My Shopping Bag   Help

Click to go directly to the
Amazon.com checkout

**Buy Now**

**TELL A FRIEND**

You've got 1 item in the Bag!
View Details / Checkout

**Drop (CD)**
By: Beatropolis
More Alpo-like (Drop)

List Price: ~~$14.99~~
Current Price: $13.46
You Save: $1.53 (10%)

**Availability: In Stock**

DOWNLOAD
**MP3**

## Track Listing

DISC 1 for Drop (CD) Album By Beatropolis

|    | Title | Amazon.com | iTunes | CD Universe |
|----|-------|-----------|--------|-------------|
| 1  | A Minor | Buy | Buy | Buy |
| 2  | Cowboy Song | Buy | Buy | Buy |
| 3  | Mysterioso | Buy | Buy | Buy |
| 4  | Off The Cuff | Buy | Buy | Buy |
| 5  | Intro | Buy | Buy | Buy |
| 6  | Walk With Me | Buy | Buy | Buy |
| 7  | Lemon | Buy | Buy | Buy |
| 8  | On The Moon | Buy | Buy | Buy |
| 9  | 4 AM | Buy | Buy | Buy |
| 10 | Robonometry | Buy | Buy | Buy |

## Product Description

Category: Music
Format: CD   Learn more about the CD format using Tower WIKI
Release Date: November 15, 2005
Number of Discs: 1
Label: Tiger-C Music
UPC: 687474131425
WAPI (Tower ID): 116130965
Average Customer Review:
Tower.com Sales Rank: #514476 in Music (See Top 100 in Music)
#111107 in Word Music (See Top 100 in Word Music)
#111197 in General/International (See Top 100 in General/International)

EXHIBIT A-7

iTunes Store e.com     Apple   Google Maps   YouTube   Wikipedia   Distance an...   (FCC) USA   Converting   (Encoding)   CDBS Account Login   Gmail - Inbox (13)   Apple ▾   Amazon   eBay   Yahoo!   Suggested Sites

iTunes   Music ▸ Beatra by Beatropolis

# iTunes Preview

**Beatro**
Beatropolis



View In iTunes

Get bo...
$9.99
(Co... ...a... 1)

View More By This Artist

**Customer Ratings**

| | | |
|---|---|---|
| Beatropolis | | View In iTunes ▸ |
| neatropolis | | View In iTunes ▸ |
| B...tropol... | | View In iTunes ▸ |
| Beatropolis | | View In iTunes ▸ |
| Beatropol... | | View In iTunes ▸ |
| Beatropol... | | View In iTunes ▸ |
| Beatropolis | | View In iTunes ▸ |
| Beatrop..r | | View In iTunes ▸ |
| Beatropol... | | View In iTunes ▸ |
| Beatropol... | | View In iTunes ▸ |
| Beatropolis | | View In iTunes ▸ |
| Beatropolis | | View In iTunes ▸ |

## Top Albums and Songs By Beatropolis









| | Drag | At Fe Bl Collior | Beatro | | |
|---|---|---|---|---|---|
| | View In iTunes ▸ | View In iTunes ▸ | View In iTunes ▸ | View In iTunes ▸ | View In iTunes ▸ |
| Cou..bi... S...ng | Drag | Drag | | View In iTunes ▸ | View In iTunes ▸ |
| X...bi... Side... N... | Drag | Drag | | View In iTunes ▸ | View In iTunes ▸ |
| ... ... S... | Drag | Drag | | View In iTunes ▸ | View In iTunes ▸ |
| Bll th C gll | Drag | Drag | | View In iTunes ▸ | View In iTunes ▸ |
| No... | Drag | Drag | | View In iTunes ▸ | View In iTunes ▸ |

**NEIFELD** IP Law, PC
4813-B Eisenhower Avenue
Alexandria, Virginia 22304

Tel: 1-703-415-0012
Fax: 1-703-415-0013
Web: http://www.Neifeld.com
Email: general@Neifeld.com

November 4. 2012

TO: Alan Korn
Attorney at Law
1840 Woolsey Street
Berkeley. CA 94703
aakorn@igc.org

Re: Registration No. 4,230250

Dear Mr. Korn:

Thank you for your letter dated October 24, 2012.

Your summary of facts omits your client's March 31, 2009 filing of a notice of opposition against my client's trademark application for beatropolis: and the TTAB's June 25, 2009 decision, dismissing your client's opposition with prejudice.

Your letter serves notice of your client's alleged current use. which infringes my client's rights in its trademark Registration No. 4,230,250. I therefore must demand that your client cease all use of the mark BEATROPOLIS and that you send me confirmation of your client's compliance with this demand.

Given the June 25, 2009 TTAB decision, there is no justification for your client's demands: moreover, your threat to re-litigate identical issues to those decided against your client seems misguided.

I look forward to your response and your client's anticipated cooperation.

This letter is sent without prejudice to my client's rights and claims. all of which are expressly reserved.

Very truly yours,
"BruceMargulies/

1

EXHIBIT B-1

Bruce T. Margulies
Neifeld IP Law, PC


Printed: November 4, 2012 (4:29pm)
Y:\Clients\BEAT Beatropolis\Drafts\Letter_BEAT0010T-US_11-4-2012.wpd

2

EXHIBIT $\underline{B-2}$

ALAN KORN ATTORNEY AT LAW

November 26, 2012

Bruce Marguelies
Neifeld IP Law, PC
4813-B Eisenhower Avenue
Alexandria, VA  22304

**VIA U.S. MAIL AND EMAIL (bmargulies@neifeld.com)**

Re:  Infringement of Trademark (BEATROPOLIS, U.S. Registration No. 4230250)

Dear Mr. Margulies:

This is to acknowledge receipt of your letter dated November 4, 2012 in the above matter and to provide the following comments.

First, I would note that your letter identifies no facts or law challenging my client's pre-existing common law rights in the BEATROPOLIS mark with respect to compact discs. MP3s, audio and video recordings. Rather, your letter relies on the conclusory assertion that my client is precluded from pursuing a cancellation proceeding based on the dismissal of his earlier notice of opposition.  However, nothing in that proceeding (which was based on likelihood of confusion, and dismissed prior to any ruling on the merits) would prevent my client from pursuing cancellation of Mr. Iragorri's mark on the grounds that it was procured via fraud, including but not limited to, fraudulent representations in his Statement of Use that he had commenced use on all goods listed in the application. *See e.g.. Medinol Ltd. v. Neuro Vasx. Inc.*, 67 U.S.P.Q. 2d  1205, 2003 WL 21189780 (TTAB 2003).

Moreover, neither any State nor Federal court will give preclusive effect to the TTAB's ruling should my client commence suit against Mr. Iragorri for infringement of his common law rights.  This is particularly true where the prior opposition was dismissed without any factual findings, and where the TTAB lacks authority in any event to enjoin or otherwise address the infringement of an opposer's trademark rights under common law.

For the above reasons, and those set forth in my prior letter, I must again demand that your client immediately cease and desist from all use of my client's BEATROPLIS mark, and that you confirm your client's intention to promptly cancel trademark Registration No. 4,230,250.

I look forward to your prompt response to the above. Thank you for your anticipated cooperation.

Nothing contained herein constitutes a waiver of my client's rights or remedies at law or equity, all of which are hereby reserved.

Very truly yours,

ALAN KORN

EXHIBIT C

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Dale S. Fischer _____ and the assigned Magistrate Judge is _____ Jay C. Gandhi _____ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-6099-DSF (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ August 20, 2013 _____

Date

By  MDAVIS _____

Deputy Clerk

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

Name & Address:
Alan Korn, SBN 167933
Law Office of Alan Korn
1840 Woolsey Street
Berkeley, CA  94703
(510) 548-7300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Horgan, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Mauricio Iragorri, an individual, and Beatropolis Music, LLC, a California Limited Liability Company<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-06099** DSF-(JC6x)<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Alan Korn_____, whose address is _Law Office of Alan Korn, 1840 Woolsey Street, Berkeley, California 94703_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

AUG 2 0 2013

Dated: _____          By: _____ MARILYN DAVIS
                                                 Deputy Clerk

                                                 *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                              SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| Chris Horgan, an Individual | Mauricia Iragorri, an Individual, and Beatropolis Music, LLC, a California Limited Liability Company |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Law Office of Alan Korn<br>1840 Woolsey Street<br>Berkeley, CA 94703<br>(510) 548-7300 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☒☒ **MONEY DEMANDED IN COMPLAINT: $** 25,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False Designation of Origin (15 U.S.C. Section 1125(a)); Cancellation of U.S. Trademark Registration (15 U.S.C. Sections 1119 and 1120)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-06099**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

UNITE. TATES DISTRICT COURT, CENTRAL DIS .ICT OF CALIFORNIA

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Alameda County, California |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: August 15, 2015

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |